**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL S. GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAFER, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 21-1461 VBF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

　　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 20, 2022

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 20, 2022         /s/ Valerie Baker Fairbank

                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE