**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL S. GRANT,<br><br>             Plaintiff,<br><br>     v.<br><br>SHAFER, et al.,<br><br>             Defendants. | Case No. EDCV 21-1461 VBF (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  July 20, 2022                                    /s/ Valerie Baker Fairbank

                                                      —————————————————
                                                      VALERIE BAKER FAIRBANK
                                                      UNITED STATES DISTRICT JUDGE